UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Case No. |
| Plaintiff, | ) ) ) | **'08 MJ 1 2 1 8** |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) ) | Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) |
| **Jose Luis SERRANO-Corril,** | ) ) ) | Transportation of Illegal Aliens |
| Defendant(s) | ) ) ) | |

The undersigned complainant, being duly sworn, states:

On or about **April 19, 2008**, within the Southern District of California, defendant **Jose Luis SERRANO-Corril** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Hector NEGRETE-De Luna, Jose Adrian NEGRETE-Zuniga, and Jorge Alberto GONZALEZ-Mora** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **21st** DAY OF **APRIL 208.**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jose Luis SERRANO-Corril

# PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

Furthermore, the complainant states that **Hector NEGRETE-De Luna, Jose Adrian NEGRETE-Zuniga, and Jorge Alberto GONZALEZ-Mora** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On Saturday, April 19, 2008, Supervisory Border Patrol Agent P. Metts and Border Patrol Agent J. Harris were performing assigned duties near Boulevard, California. Boulevard is located approximately 20 miles east of the Tecate, California Port of Entry and is in close proximity to the United States/Mexico International Border. Agent Metts was patrolling a stretch of Interstate 8 between Ribbonwood Rd. and the Jacumba interchange, north of an area where Border Patrol Agents were currently following the footprints of a group of suspected illegal aliens. Interstate 8 is the main east-west thoroughfare in the area, and is a common corridor for smuggling, giving smugglers access from areas near the United States/Mexico International Border to common smuggling destinations such as San Diego to the west, El Centro and beyond to the east. Interstate 8 also gives access to several highways leading north to Los Angeles, such as State Route 2, Highway 79, and Interstate 5.

At approximately 5:40 a.m., while pulled over near the McCain Valley Bridge, Agent Metts was approached by a citizen who stated that ten minutes prior he had observed ten or more subjects loading into a Blue Chevrolet Blazer three miles east of their current location. The citizen further stated that it was the only other vehicle in the area and if it had continued westbound, it would be approaching Agent Metts current position shortly.

Approximately one minute later, Agent Metts observed a Blue Chevrolet Blazer, traveling westbound on Interstate 8. When Agent Metts closed the distance on the Chevrolet Blazer in order to run its plates, the vehicle appeared to be very heavily laden in the rear cargo area and it had extremely dark window tinting on all the rear windows concealing the cargo area. Alien smugglers frequently hide their human cargo in Sport Utility Vehicles with very dark window tinting in an effort to avoid detection. Using the illumination of his headlights, Agent Metts could clearly see what appeared to be several occupants in the rear cargo area of the Chevrolet Blazer through the dark window tinting. Agent Metts ran the Blazers plates which were registered to a Martinez Ponciano, located in Garden Grove California, which Agent Metts knew to be located in northern Orange County, approximately 150 miles northwest of Boulevard, California, well outside of the local area. Smugglers often employ vehicles that are registered outside of the surrounding local area in which they pick up their human cargo. Smugglers often buy vehicles through third parties such as Martinez Ponciano, to conceal the true owner of the vehicle. Agent Metts pulled along side the Chevrolet Blazer and observed a young Hispanic male wearing a clean white shirt driving. The driver later identified as **Jose Luis Corril SERRANO** appeared very nervous and avoided looking at Agent Metts. Based on this information, and coupled with the fact, that Agents were currently pursuing a group of suspected illegal aliens south of the reported pick-up location, gave Agent Metts the reasonable suspicion to believe that the vehicle might be involved in criminal activity.

**CONTINUATION OF COMPLAINT:**
Jose Luis SERRANO-Corril

At approximately 5:50 a.m. Agent Metts alerted Border Patrol Agent Harris via service radio to provide back up for a vehicle stop in order to investigate further. Agent Metts and Agent Harris initiated a vehicle stop on the Chevrolet Blazer using their emergency lights and sirens. After 30 seconds the defendat pulled the Chevrolet Blazer over to the shoulder of Interstate 8, west of the La Posta Bridge approximately one and one half mile east of the Kitchen Creek exit. Agent Metts and BPA Harris approached the vehicle maintaining visibility with the driver the entire time. They observed the defendant in the driver's seat and 13 other individuals stacked throughout the passenger area and the cargo areas of the Chevrolet Blazer without safety belts on. Agent Metts and Agent Harris visually and verbally identified themselves as Border Patrol Agents and conducted immigration interviews on the driver and the 13 individuals that were in the Chevrolet Blazer. All 14 individuals including the defendant freely admitted to being citizens of Mexico, not in possession of any documents that would allow them to remain in The United States. At approximately 6:00 a.m. Agent Metts and Agent Harris placed all 14 individuals including the defendat under arrest.

**DEFENDANT STATEMENT:**

At approximately 9:30 a.m. SERRANO-Corril, Jose Luis was read his Miranda Rights in the Spanish language by Border Patrol Agent Acosta as witnessed by Border Patrol Agent. SERRANO stated that he understood his Miranda Rights at he was willing waive those Rights and to talk with Agent Morales. The defendant is a citizen and national of Mexico present in the United States without the required documentation to legally remain in the country. The defendant stated that before crossing into The United States he met with an undisclosed man in Calexico Mexico. The defendant stated he arranged to pick up the blue Chevrolet Blazer in the United States and then drive to Boulevard, California area and pick up illegal aliens on Interstate 8. The defendant stated that he was then to drive the illegal aliens back to Calexico California. The defendant stated that for transporting the illegal aliens he would be paid $200 each. The defendant stated that he knew that the persons that he was transporting were illegal aliens and that the person he was driving for and was going to be paid by is a smuggler.

**MATERIAL WITNESSES STATEMENTS:**

Material witnesses **Hector NEGRETE-De Luna, Jose Adrain NEGRETE-Zuniga, and Jorge Alberto GONZALEZ-Mora** agree in summary that they are citizens and nationals of Mexico illegally present in the United States. They admit to entering the United States illegally. The material witnesses stated that they or family members made arrangements and were to pay 1,600 U.S. dollars to be smuggled into the United States.

Executed on April 20, 2008, at 10:00 am

_____
Irene S. Aguirre
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **April 19, 2008**, in violation of Title 8, United States Code, Section 1324.

_____          4/20/08 @ 12:43 p.m.
Jan M. Adler                              Date/Time
United States Magistrate Judge