1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Jose Luis Serrano-Corril

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE JAN M. ADLER)**

11 | UNITED STATES OF AMERICA,        )   Case No. 08MJ1218
                                      )
12 |        Plaintiff,                )
                                      )
13 | v.                               )   **CERTIFICATE OF SERVICE**
                                      )
14 | JOSE LUIS SERRANO-CORRIL,        )
                                      )
15 |        Defendant.                )
   |_____)

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his
18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          James C. Alvord
                       fallbrookjim@sbcglobal.net; and
20
                            U.S. Attorney CR
21                     Efile.dkt.gc2@usdoj.gov

22                              Respectfully submitted,

24 DATED:    April 29, 2008              /s/ Gregory T. Murphy
                                         **GREGORY T. MURPHY**
25                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Jose Luis Serrano-Corril