# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff        )    CRIMINAL NO. O8mj1218
                             )
                             )         ORDER
        vs.                  )
                             )    RELEASING MATERIAL WITNESS
Jose Luis Serrano-Corpl      )
                             )    Booking No.
            Defendant(s)     )
_____)

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court).

Hector Negrete-De Luna

DATED:  5-15-08

**JAN M. ADLER**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
                DUSM

W. SAMUEL HAMRICK, JR.    Clerk

        by  Rhea&Rhne

**Deputy Clerk**

CLERK'S OFFICE COPY                    ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95